**Earnings Statement**  EDWARD REOTT

Pay Date: 08/14/2020  Company: 0RB60 - ACHIEVA SUPPORT  Emp #: A2FB
Period Start: 07/25/2020  711 BINGHAM STREET  Dept: 146 - Supported Employment
Period End: 08/07/2020  PITTSBURGH  PA  15203   (412) 995-5000  Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 14.70 | 3.50 | 51.45 | 2249.11 |
| Bonus Base Amount | | | 0.00 | 25.00 |
| Bonus Work in Red | | | 0.00 | 40.00 |
| Bonus Work in Risk | | | 0.00 | 60.00 |
| **Gross** | | 3.50 | 51.45 | 2374.11 |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 10.00 | 180.00 |
| Medicare | | | 0.74 | 34.42 |
| Social Security | | | 3.19 | 147.19 |
| Penn. State W/H(C/0) | | | 1.58 | 72.89 |
| 700102,PITTSBURGH CITY/PITTSBURGH | | | 0.51 | 23.75 |
| LST 700102,PITTSBURGH CITY/PITTSBU | | | 2.00 | 34.00 |
| Pennsylvania UI/HC/WF | | | 0.03 | 1.43 |
| **Deductions** | | | | |
| Cell Phone (-) | | | 0.00 | -140.00 |
| Travel (-) | | | 0.00 | -95.70 |
| **Net Pay** | | | 33.40 | 2116.13  Voucher No. 260990425DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 33.40 | 2116.13  A/C:7072 |

---

Voucher No. 260990425DD

ACHIEVA SUPPORT
711 BINGHAM STREET          DATE: 08/14/2020
PITTSBURGH, PA   15203

Dept: 146

**Net Pay:**                                                                                                    **33.40**

Thirty Three And 40/100 Dollars

EDWARD REOTT
200 FLEMING PARK RD                                         **For Record Purposes Only**
MCKEES ROCKS, PA  15136                                     **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

EDWARD REOTT

| | | | |
|---|---|---|---|
| Pay Date: | 08/28/2020 | Company: 0RB60 - ACHIEVA SUPPORT | Emp #: A2FB |
| Period Start: | 08/08/2020 | 711 BINGHAM STREET | Dept: 146 - Supported Employment |
| Period End: | 08/21/2020 | PITTSBURGH  PA  15203   (412) 995-5000 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 14.70 | 5.50 | 80.85 | 2329.96 |
| Bonus Base Amount | | | 0.00 | 25.00 |
| Bonus Work in Red | | | 0.00 | 40.00 |
| Bonus Work in Risk | | | 0.00 | 60.00 |
| **Gross** | | 5.50 | 80.85 | 2454.96 |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 10.00 | 190.00 |
| Medicare | | | 1.18 | 35.60 |
| Social Security | | | 5.02 | 152.21 |
| Penn. State W/H(C/0) | | | 2.48 | 75.37 |
| 700102,PITTSBURGH CITY/PITTSBURGH | | | 0.81 | 24.56 |
| LST 700102,PITTSBURGH CITY/PITTSBU | | | 2.00 | 36.00 |
| Pennsylvania UI/HC/WF | | | 0.05 | 1.48 |
| **Deductions** | | | | |
| Cell Phone (-) | | | -20.00 | -160.00 |
| Travel (-) | | | 0.00 | -95.70 |
| **Net Pay** | | | 79.31 | 2195.44  Voucher No. 263177462DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 79.31 | 2195.44  A/C:7072 |

---

Voucher No. 263177462DD

ACHIEVA SUPPORT
711 BINGHAM STREET
PITTSBURGH, PA   15203

DATE: 08/28/2020

Dept: 146

**Net Pay:**                                                                                                        **79.31**

Seventy Nine And 31/100 Dollars

EDWARD REOTT
200 FLEMING PARK RD
MCKEES ROCKS, PA   15136

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | | EDWARD REOTT |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Pay Date: | 09/11/2020 | Company: 0RB60 - ACHIEVA SUPPORT | | Emp #: A2FB |
| Period Start: | 08/22/2020 | 711 BINGHAM STREET | | Dept: 146 - Supported Employment |
| Period End: | 09/04/2020 | PITTSBURGH  PA  15203   (412) 995-5000 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 14.70 | 4.00 | 58.80 | 2388.76 |
| Bonus Base Amount | | | 0.00 | 25.00 |
| Bonus Work in Red | | | 0.00 | 40.00 |
| Bonus Work in Risk | | | 0.00 | 60.00 |
| **Gross** | | 4.00 | 58.80 | 2513.76 |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 10.00 | 200.00 |
| Medicare | | | 0.85 | 36.45 |
| Social Security | | | 3.64 | 155.85 |
| Penn. State W/H(C/0) | | | 1.81 | 77.18 |
| 700102,PITTSBURGH CITY/PITTSBURGH | | | 0.59 | 25.15 |
| LST 700102,PITTSBURGH CITY/PITTSBU | | | 2.00 | 38.00 |
| Pennsylvania UI/HC/WF | | | 0.04 | 1.52 |
| **Deductions** | | | | |
| Cell Phone (-) | | | 0.00 | -160.00 |
| Travel (-) | | | -11.00 | -106.70 |
| **Net Pay** | | | 50.87 | 2246.31  Voucher No. 265584964DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 50.87 | 2246.31  A/C:7072 |

---

Voucher No. 265584964DD

ACHIEVA SUPPORT
711 BINGHAM STREET                    DATE: 09/11/2020
PITTSBURGH, PA   15203

Dept: 146

**Net Pay:**                                                                                  **50.87**
Fifty And 87/100 Dollars

EDWARD REOTT
200 FLEMING PARK RD                            **For Record Purposes Only**
MCKEES ROCKS, PA  15136                        **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**EDWARD REOTT**

| | | |
|---|---|---|
| Pay Date: 09/25/2020 | Company: 0RB60 - ACHIEVA SUPPORT | Emp #: A2FB |
| Period Start: 09/05/2020 | 711 BINGHAM STREET | Dept: 146 - Supported Employment |
| Period End: 09/18/2020 | PITTSBURGH  PA  15203  (412) 995-5000 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 14.70 | 6.50 | 95.55 | 2484.31 |
| Bonus Base Amount | | | 0.00 | 25.00 |
| Bonus Work in Red | | | 0.00 | 40.00 |
| Bonus Work in Risk | | | 0.00 | 60.00 |
| **Gross** | | 6.50 | 95.55 | 2609.31 |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 10.00 | 210.00 |
| Medicare | | | 1.38 | 37.83 |
| Social Security | | | 5.93 | 161.78 |
| Penn. State W/H(C/0) | | | 2.93 | 80.11 |
| 700102,PITTSBURGH CITY/PITTSBURGH | | | 0.96 | 26.11 |
| LST 700102,PITTSBURGH CITY/PITTSBU | | | 2.00 | 40.00 |
| Pennsylvania UI/HC/WF | | | 0.06 | 1.58 |
| **Deductions** | | | | |
| Cell Phone (-) | | | -20.00 | -180.00 |
| Travel (-) | | | 0.00 | -106.70 |
| **Net Pay** | | | 92.29 | 2338.60  Voucher No. 267675520DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 92.29 | 2338.60  A/C:7072 |

---

Voucher No. 267675520DD

ACHIEVA SUPPORT
711 BINGHAM STREET                    DATE: 09/25/2020
PITTSBURGH, PA   15203

Dept: 146

**Net Pay:**                                                                                      **92.29**

Ninety Two And 29/100 Dollars

EDWARD REOTT
200 FLEMING PARK RD                            **For Record Purposes Only**
MCKEES ROCKS, PA  15136                          **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

EDWARD REOTT

Pay Date: 10/09/2020  Company: 0RB60 - ACHIEVA SUPPORT  Emp #: A2FB
Period Start: 09/19/2020  711 BINGHAM STREET  Dept: 146 - Supported Employment
Period End: 10/02/2020  PITTSBURGH  PA  15203   (412) 995-5000  Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 14.70 | 6.50 | 95.55 | 2579.86 |
| Bonus Base Amount | | | 0.00 | 25.00 |
| Bonus Work in Red | | | 0.00 | 40.00 |
| Bonus Work in Risk | | | 0.00 | 60.00 |
| **Gross** | | 6.50 | 95.55 | 2704.86 |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 10.00 | 220.00 |
| Medicare | | | 1.39 | 39.22 |
| Social Security | | | 5.92 | 167.70 |
| Penn. State W/H(C/0) | | | 2.93 | 83.04 |
| 700102,PITTSBURGH CITY/PITTSBURGH | | | 0.96 | 27.07 |
| LST 700102,PITTSBURGH CITY/PITTSBU | | | 2.00 | 42.00 |
| Pennsylvania UI/HC/WF | | | 0.06 | 1.64 |
| **Deductions** | | | | |
| Cell Phone (-) | | | 0.00 | -180.00 |
| Travel (-) | | | 0.00 | -106.70 |
| **Net Pay** | | | 72.29 | 2410.89  Voucher No. 270020517DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 72.29 | 2410.89  A/C:7072 |

---

Voucher No. 270020517DD

ACHIEVA SUPPORT
711 BINGHAM STREET       DATE: 10/09/2020
PITTSBURGH, PA   15203

Dept: 146

**Net Pay:**                                                                 **72.29**

Seventy Two And 29/100 Dollars

EDWARD REOTT
200 FLEMING PARK RD                      **For Record Purposes Only**
MCKEES ROCKS, PA  15136                  **\*\*NON-NEGOTIABLE\*\***