*FILING FEE PAID* (Yes) No

FILED
12/15/2020
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Reott, Edward          JAD/TPA/CMB/(GLT)

Case Number: 20-22897

Date of Meeting: 12 / 14 / 20          Recording # _____
Debtor(s) present ___ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) Logue, Sean          (Present ____ or Not Present ____)
Date of Plan at § 341: 11-19-2020          Applicable commitment period ___ 3 yrs ___ 5 yrs

Mario Miksich - PNC Bank

Debtor will provide proof of value for 200 Fleming Park Rd property

Plan to be amended to add 2d mtg that debtor is paying.

_____ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                           _____ To be rescheduled by Clerk

✓ Confirmation Order recommended     _____ Final   ✓ Interim
✓ Amended Plan due: 1/25/21     ; Objections due: 2/15/21

_____ Trustee recommends dismissal of the case (Debtor consents).
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
_____ 341 Meeting     OR    ✓ Conciliation Conf. OR ___ *Contested Hearing
On 4/8/21 at 11:30 am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee