FILED
1/26/21 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Edward A. Reott | : Bankruptcy Case No. 20-22897 GLT |
| Debtor(s). | : Chapter 13 |
| Edward A. Reott | : Docket # 35 |
| Movant | : |
| vs | : |
| | : Judge GLT |
| No Respondent | : Related to Docket No. 35 |

**ORDER**

**AND NOW**, on this _____ 26th Day of January, 2021 _____, 2021, upon consideration of the Motion of the above reference debtor, praying for an extension of time within which the Completion of the Amended plan and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDER, ADJUDGED and DECREED** that the time for the Debtor to file his Amended Chapter 13 plan be hereby extended to and including February 1, 2021.

BY THE COURT:

Gregory L. Taddonio    drb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22897-GLT |
| Edward A Reott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward A Reott, 200 Fleming Park Rd, Mc Kees Rocks, PA 15136-1842 |
| cr | + | Kennedy Township, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15297718 | + | ADL, 3520 Progress Drive, Suite C, Bensalem, PA 19020-5810 |
| 15297720 | + | Affiliate Asset Solutions, 145 Technology Parkway NW Suite 100, Norcross, GA 30092-3536 |
| 15297721 | + | Allegheny Clinic Radiology, P.O. Box 645367, Pittsburgh, PA 15264-5251 |
| 15297722 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15297723 | + | Hess Physical Therapy, 566 Pine Hollw Rd, Kenmawr Plaza, Mc Kees Rocks, PA 15136-1661 |
| 15306549 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15325527 | + | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15297725 | + | Med Financial, First Horizon Bank, Dept 888183, Knoxville, TN 37995-0001 |
| 15317773 | | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15297728 | + | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15297730 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15297731 | + | US Acute Care Solutions, 4535 Dressler Rd NW, Canton, OH 44718-2545 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2021 02:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 02:59:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297719 | + | Email/Text: mshaffer@advancedpainmedicine.com | Jan 27 2021 02:49:00 | Advance Pain Medicine PC, 7000 Stonewood Dr. Ste 151, Wexford, PA 15090-7376 |
| 15297724 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 02:59:22 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15318123 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 02:47:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15297726 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 02:47:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15318527 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 02:47:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 15317916 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 02:59:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15297728 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:01:21 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15297729 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 02:59:19 | Syncb/bp, C/o Po Box 965024, Orlando, FL |

Case 20-22897-GLT    Doc 39    Filed 01/28/21    Entered 01/29/21 00:45:42    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 15297759 | + Email/PDF: gecsedi@recoverycorp.com | | | 32896-0001 |
| | | | Jan 27 2021 02:59:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297730 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | | Jan 27 2021 02:59:41 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 15297727 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com  cnoroski@grblaw.com |
| Karina Velter | on behalf of Creditor PNC Bank  N.A. amps@manleydeas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Sean Logue | on behalf of Debtor Edward A Reott pittbankruptcy@gmail.com  lesliebrown.paralegal@gmail.com |

TOTAL: 8