**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| EDWARD A. REOTT | )Case No.: 20-22897 GLT |
| | ) |
| Debtor(s) | ) |
| | )Doc No: |
| EDWARD A. REOTT | ) |
| | ) |
| Movant | )Amended Chapter 13 plan |
| | ) |
| Vs. | ) |
| | ) |
| Respondent | ) |
| | ) |
| | ) |
| | ) |
| RONDA J. WINNECOUR ESQUIRE | ) |
| CHAPTER 13 TRUSTEE | ) |
| | ) |
| Additional Respondent | ) |

**CERTIFICATE OF SERVICE OF THE AMENDED CHAPTER 13 PLAN.**

    I, Sean Logue, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 1, 2021.

The type of service made on the below parties was Service by First-Class Mail.

**Ronda J. Winnecour**
**Chapter 13 Trustee**
**Suite 3250, USX Tower**
**600 Grant Street**
**Pittsburgh, PA 15219**

**PNC Bank**
**P.O. Box 94982**
**Cleveland, OH 44101**

    If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON** February 1, 2021      <u>By /s/ Sean Logue</u>
Sean Logue & Assoc.
PA#208221
27 W. Main Street
Carnegie, PA 15106
412-389-0805
Fax : 412-253-6520
Email: sean@seanloguelaw.com