# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** EDWARD A REOTT
- **Case Number:** 20-22897-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 08, 2021 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/9/21 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#44 - Amended Plan Dated 2/2/2021 (NFC)
#45 - Objection filed by PNC Bank
R / M #: 44 / 0

**Appearances:**

Debtor: Logue
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Miksich : PNC

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to 5-27-21 at 11:30.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

3/30/2021   12:22:01PM