FILED
5/28/21 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** EDWARD A REOTT
- **Case Number:** 20-22897-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 27, 2021 11:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#44 - Continued Confirmation of Plan Dated 2/2/2021 (NFC)
R/M#: 44 / 0

### Appearances:

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone   Logue   Warmbrodt

Creditor: Jeff Hunt - tax
Maria Miksich - PNC

### Proceedings:

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 6/30/21.
   Objections are due on or before 7/21/21
   A hearing on the Amended Plan is set for 8/12/21 at 10:30.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

5/17/2021  10:12:41AM