UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Edward A. Reott | : Bankruptcy Case No. 20-22897 GLT |
| Debtor(s). | : |
| _____ | : Chapter 13 |
| Edward A. Reott | : |
| Movant | : Docket |
| vs | : |
| | : |
| No Respondent | : Judge GLT |
| _____ | :_____ |

### ORDER

**AND NOW**, on this _____ day of _____, 2021, upon consideration of the Motion of the above reference debtor, praying for an extension of time within which the Completion of the Amended plan and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDER, ADJUDGED and DECREED** that the time for the Debtor to file his Amended Chapter 13 plan be hereby extended to and including July 7, 2021.

BY THE COURT:

_____
Gregory L. Taddonio
United States Bankruptcy Judge