FILED
7/1/21 8:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Edward A. Reott | : Bankruptcy Case No. 20-22897 GLT |
| Debtor(s). | : |
| _____ | : Chapter 13 |
| Edward A. Reott | : |
| Movant | : Docket |
| vs | : |
| | : |
| No Respondent | : Related to Docket No. 54 |
| | : |

### ORDER

**AND NOW**, on this ____1st Day of July, 2021                                    __,
2021, upon consideration of the Motion of the above reference debtor, praying for an extension of

time within which the Completion of the Amended plan and it appearing from the Motion that

good cause exists for granting the relief prayed. It is hereby:

**ORDER, ADJUDGED and DECREED** that the time for the Debtor to file his Amended

Chapter 13 plan be hereby extended to and including July 7, 2021.

BY THE COURT:

Gregory L. Taddonio    **drb**
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 20-22897-GLT

Edward A Reott                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: mgut | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edward A Reott, 200 Fleming Park Rd, Mc Kees Rocks, PA 15136-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com  cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

Sean Logue
                        on behalf of Debtor Edward A Reott pittbankruptcy@gmail.com  lesliebrown.paralegal@gmail.com

Stephen Russell Franks
                        on behalf of Creditor PNC Bank  N.A. amps@manleydeas.com


TOTAL: 8