# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) |
| EDWARD A. REOTT | ) Case No.: 20-22897 GLT |
| | ) |
| Debtor(s) | ) |
| | ) Doc No: Claim #5 |
| PNC BANK, NA | ) |
| | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| EDWARD A. REOTT | ) |
| | ) |
| Respondents | ) |
| | ) |
| And | ) |
| | ) |
| RONDA J. WINNECOUR ESQUIRE CHAPTER 13 TRUSTEE | ) ) |
| | ) |
| Additional Respondent | ) |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Chapter 13 plan payment amount dated January 20, 2022 is sufficient to fund the Chapter 13 Plan moving forward. The amount now required for payment is less that the confirmed amount already listed in the Chapter 13 plan. No changes are required to the debtor confirmed plan.

**EXECUTED ON** February 14, 2022        **By /s/ Sean Logue**
Sean Logue & Assoc.
PA#208221
27 W. Main Street
Carnegie, PA 15106
412-389-0805
Fax : 412-253-6520
Email: sean@seanloguelaw.com