**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) |
| EDWARD A. REOTT | ) Case No.: 20-22897 GLT |
| | ) |
| Debtor(s) | ) |
| | ) Doc No: Claim #5 |
| PNC BANK, NA | ) |
| | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| EDWARD A. REOTT | ) |
| | ) |
| Respondents | ) |
| | ) |
| And | ) |
| | ) |
| RONDA J. WINNECOUR ESQUIRE CHAPTER 13 TRUSTEE | ) |
| | ) |
| Additional Respondent | ) |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

      The Chapter 13 plan payment amount dated January 20, 2022 is sufficient to fund the Chapter 13 Plan moving forward. The amount now required for payment is feasible with the current Confirmed plan. No changes are required to the debtor confirmed plan.

**EXECUTED ON September 16, 2022**     **By /s/ Sean Logue**
**Sean Logue & Assoc.**
**PA#208221**
**27 W. Main Street**
**Carnegie, PA 15106**
**412-389-0805**
**Fax : 412-253-6520**
**Email: sean@seanloguelaw.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| EDWARD A. REOTT | )Case No.: 20-22897 GLT |
| | ) |
| Debtor(s) | ) |
| | )Doc No: Claim #5 |
| PNC BANK, NA | ) |
| | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| EDWARD A. REOTT | ) |
| | ) |
| Respondents | ) |
| | ) |
| And | ) |
| | ) |
| RONDA J. WINNECOUR ESQUIRE | ) |
| CHAPTER 13 TRUSTEE | ) |
| | ) |
| Additional Respondent | ) |

### CERTIFICATE OF SERVICE

I, the undersigned Attorney for debtor, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the Declaration Regarding Mortgage Payment Change on the parties listed below.

**Executed on: September 16, 2022**          **By /s/ Sean Logue**
                                              Sean Logue & Assoc.
                                              PA#208221
                                              27 W. Main Street
                                              Carnegie, PA 15106
                                              412-389-0805
                                              Fax : 412-253-6520
                                              Email: sean@seanloguelaw.com

**Ronda J. Winnecour Trustee**
**Cmecf@chapter13trusteewdpa.com**

**Office of the United States Trustee**
**Ustregion03.pi.ecf@usdoj.gov**

**PNC Bank NA**
**P.O. Box 94982**
**Cleveland, OH 44101**

**Stephen Russell Franks**
**Attorney for PNC Bank**
**Manley Deas Kochalski LLC**
**PO Box 165028**
**Columbus, OH 43216-5028**

**Edward A. Reott**
**200 Fleming Park Rd**
**McKees Rocks, PA 15136**