**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| EDWARD A REOTT | Case No.:20-22897 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/09/2020 and confirmed on 12/15/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,194.45 |
| Less Refunds to Debtor | 2,797.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,396.99 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,335.00 | |
|    Trustee Fee | 3,021.11 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,356.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 2,965.87 | 0.00 | 2,965.87 |
|     Acct: 4999 | | | | |
|   KENNEDY TOWNSHIP (SEWAGE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: L145 | | | | |
|   KENNEDY TOWNSHIP (SEWAGE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: L145 | | | | |
|   PNC BANK NA | 26,027.56 | 26,027.56 | 3,008.08 | 29,035.64 |
|     Acct: 3306 | | | | |
| | | | | 32,001.51 |
| **Priority** | | | | |
|   SEAN LOGUE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD A REOTT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD A REOTT | 2,797.46 | 2,797.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LOGUE LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   SEAN LOGUE ESQ | 3,335.00 | 3,335.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   ATLANTIC DIAG LAB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4594 | | | | |
|   ADVANCED PAIN MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7436 | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 232.34 | 127.79 | 0.00 | 127.79 |
|     Acct: 0363 | | | | |
|   ALLEGHENY CLINIC RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0851 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6430 | | | | |
|   HESS PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 25,379.82 | 13,958.90 | 0.00 | 13,958.90 |
|     Acct: 1408 | | | | |
|   MEDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1612 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,025.97 | 564.28 | 0.00 | 564.28 |
|     Acct: 3266 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,129.09 | 621.00 | 0.00 | 621.00 |
|     Acct: 9731 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,264.10 | 1,245.26 | 0.00 | 1,245.26 |
|     Acct: 8353 | | | | |
|   US ACUTE CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1429 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 6,403.89 | 3,522.14 | 0.00 | 3,522.14 |
|     Acct: 8379 | | | | |
|   ADVANCED PAIN MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9731 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 20,039.37 |

TOTAL PAID TO CREDITORS                                                                      52,040.88

TOTAL CLAIMED
PRIORITY              0.00
SECURED          26,027.56
UNSECURED        36.435.21


Date: 12/10/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com